UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROSELLE RAMIN REAMICO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 5:22-cv-001673-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 28), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $3,650.00 under 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: October 30, 2023

_____
JOHN D. EARLY
United States Magistrate Judge